UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE Chateau Golf + Country Club BANKRUPTCY CASE NO. 87-15703 A

Debtor(s) Casabat, James A. CHAPTER 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Michelle Swanner, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 2/27/1998, the trustee of this estate deposited the sum of 123.49, belonging to Chateau Golf + Country Club, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Chateau Golf + Country Club at the following address: 3600 Chateau Blvd. Kenner, LA 70065.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

8/18/10

Signature: Michelle Swanner
Claimant Name: Michelle Swanner w/ Chateau Golf + Country Club
Mailing Address: 3600 Chateau Blvd,
City, State, Zip Code: Kenner, LA 70065
Telephone Number: 504-467-1351
Email (If filed electroncially)

Subscribed and Sworn Before Me this 18 day of August, 2010.

Keith Andrew Conley
Notary Public in and for the State of Louisiana
My commission expires: @ 69 life
Keith Andrew Conley
26328

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE Chateau Golf + Country Club  BANKRUPTCY CASE NO. 87-15703

Debtor(s) Casabat, James A.   CHAPTER 13

CERTIFICATE OF SERVICE

I, Michelle Swanner w/ Chateau Golf + Country Club, certify that on 8/10/10, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: *Michelle Swanner*
Claimant Name: Michelle Swanner w/ Chateau Golf + Country Club
Mailing Address: 3600 Chateau Blvd.
City, State, Zip Code: Kenner, LA 70065
Telephone Number: 504-467-1351
Email (If filed electroncially)



# Chateau
## Golf & Country Club

August 18, 2010

United States Bankruptcy Court
Eastern District of Louisiana

RE: Chateau Development Company, L.L.C. dba Chateau Golf and Country Club

I Michelle Swanner is a representative of Chateau Golf & Country Club. I am the Vice-President. Attached is our certificate from the Secretary of State.

Our federal tax identification number is 72-1223081.

Our current mailing address is:   Chateau Golf & Country Club
3600 Chateau Blvd.
Kenner, LA 70065

Michelle Swanner

| JAY DARDENNE<br>Secretary of State  | LIMITED LIABILITY COMPANY<br>ANNUAL REPORT<br>For Period Ending<br>12/27/2009 |  |
|---|---|---|
| **Mailing Address Only** (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>34547563 K<br>CHATEAU DEVELOPMENT COMPANY, L.L.C.<br>C/O ALVIN E. SWANNER<br>3600 CHATEAU BLVD.<br>KENNER, LA 70065 | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)<br>Registered Office Address in Louisiana<br>(Do not use P.O. Box)<br>3600 CHATEAU BLVD.<br>KENNER, LA 70065<br><br>Federal Tax ID Number<br>72-1223081 |

Our records indicate the following registered agents for the company. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P.O. Box. A **NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**

~~ALVIN E. SWANNER~~ Michelle Swanner
3600 CHATEAU BLVD. KENNER, LA 70065

FILE COPY

I hereby accept the appointment of registered agent(s).

*Michelle Swanner*
**New Registered Agent Signature**

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #
*[signature]*  12/8/09
**Notary Signature**   **Date**
JOHN J MOSSINA

This report reflects a maximum of three members/managers for the company. Indicate any changes or deletions below. Include a listing of all names and addresses. Do not use a P.O. Box. If additional space is needed attach an addendum. *Officer titles, such as president or secretary are not acceptable.*

~~RITA H. SWANNER~~
~~28 HAUT BRION KENNER, LA 70065~~   Member
~~ALVIN E. SWANNER~~
~~28 HAUT BRION KENNER, LA 70065~~   Member

| SIGN → | To be signed by a manager, member, or agent<br>*Michelle Swanner* | Title | Phone<br>504 466 1701 | Date<br>12/3/09 |
|---|---|---|---|---|
| | Signee's address<br>3600 Chateau Blvd. Kenner, LA | Email Address<br>admin@chateaugcc.com | | (For Office Use Only) |

Enclose filing fee of  $25.00
Make remittance payable to Secretary of State
**Do Not Send Cash**
**Do Not Staple**
web site: www.sos.louisiana.gov

Return by: 12/27/2009

**DO NOT STAPLE**

To: **Commercial Division**
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

2

sos01-200903   **UNSIGNED REPORTS WILL BE RETURNED**